IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DOUGLAS KIRKLAND and LISA    )
KIRKLAND,                    )
                             )
     Plaintiffs,             )
                             )    CIVIL ACTION NO.
     v.                      )      1:15cv950-MHT
                             )         (WO)
MAREL STORK POULTRY          )
PROCESSING, INC. f/k/a       )
Stork Gamco, Inc., et al.,   )
                             )
     Defendants.             )
```

## JUDGMENT

Pursuant to the stipulation of voluntary dismissal (doc. no. 28), it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed in its entirety with prejudice and with all parties to bear their own costs, attorneys' fees, and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of December, 2016.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**